IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-01,<br><br>Plaintiff,<br><br>v.<br><br>Helen Singletary,<br><br>Defendant. | Civil Action No. 2:25-cv-11540-BHH<br><br>**ORDER** |

John Singletary, proceeding *pro se*, filed a notice of removal seeking to remove a foreclosure action from the Charleston County Court of Common Pleas on behalf of his deceased mother, Helen Singletary. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B), D.S.C., the matter was referred to a United States Magistrate Judge for preliminary review.

On March 26, 2026, Magistrate Judge Mary Gordon Baker issued a report and recommendation ("Report"), outlining the issues and recommending that the Court *sua sponte* remand this action to the Charleston County Court of Common Pleas because John Singletary did not have the authority to remove the action, and, regardless, the removal was untimely. (ECF No. 4.) Attached to the Magistrate Judge's Report was a notice advising the parties of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections have been filed, the Court has reviewed the record, the applicable law, and the findings and recommendations of the Magistrate Judge for clear error. After review, the Court finds no clear error and agrees with the Magistrate Judge's analysis. Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 4), and the Court remands this action to the Charleston County Court of Common Pleas.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

November 10, 2026
Charleston, South Carolina